**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Natalie Mitlina, | : |
| | : |
| | : Civil Action No.:  1:09-cv-10983 |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| NCO Financial Systems, Inc., | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Natasha Mitlina, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: July 28, 2009

Respectfully submitted,

By:_/s/ Sergei Lemberg_____
Sergei Lemberg
B.B.O. No. 650671
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666